UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REBECCA LEDEZMA, etc., et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF RIVERSIDE, etc., et al.,<br><br>　　　　Defendants. | CASE NO. ED CV 12-1524 VAP (SPx)<br><br>**PROTECTIVE ORDER REGARDING DISCLOSURE OF INFORMATION FROM LAW ENFORCEMENT PERSONNEL RECORDS** |

Good cause appearing therefor

IT IS ORDERED THAT:

1. Counsel for defendant, City of Riverside, shall disclose to counsel for plaintiffs the names, addresses and telephone numbers of citizen complainants, witnesses and the names of involved officers concerning citizen complaints for use of excessive force, and/or dishonesty involving Riverside Police Officers Paul Miranda, Ramon Espinoza and Jeff Putman for events from January 7, 2007 (five years before incident in question) through January 7, 2012 (the date of incident in question).

2. Counsel for the plaintiffs shall not convey, transfer, publish, distribute, copy, duplicate or disseminate the information so provided except as may be reasonably necessary for the prosecution of this litigation, by

communicating with the plaintiffs, or investigators, consultants and experts retained on behalf of the plaintiffs in this matter.

3. Prior to the dissemination of any such information pursuant to this order, counsel for the plaintiffs shall inform such person of the terms and conditions of this order and secure such person's agreement to be bound by it.

4. Plaintiffs, plaintiffs' counsel, and plaintiffs' investigators, consultants and experts, are expressly prohibited from utilizing the disclosed information for any purpose other than the prosecution of LEDEZMA v. CITY OF RIVERSIDE, United States District Court Case No. ED CV 12-01524 VAP (SPx) and the information disclosed shall not be utilized in any other proceeding or litigation, or for any other purpose.

5. Plaintiffs, plaintiffs' counsel, and plaintiffs' investigators, consultants and experts are expressly prohibited from disclosing orally or otherwise the information subject to this Protective Order to any person other than those who are reasonably necessary for the prosecution of LEDEZMA v. CITY OF RIVERSIDE, United States District Court Case No. ED CV 12-01524 VAP (SPx).

6. Plaintiffs, plaintiffs' counsel, and plaintiffs' investigators, consultants and experts, are expressly prohibited from duplicating, copying or otherwise distributing or disseminating any of the disclosed information to any person or entity.

7. Counsel for each party shall take reasonable precaution to prevent the unauthorized or inadvertent disclosure of any of the protected information.

8. In the event anyone shall violate or threaten to violate any terms of this Protective Order, the aggrieved party may immediately apply to obtain injunctive relief and monetary sanctions to this court against any such person violating or threatening to violate any of the terms of this order.

|   |   |
|---|---|
| 1 | This court shall retain jurisdiction over the parties and any other persons |
| 2 | subject to the terms of this order for the purpose of enforcing this |
| 3 | Protective Order.  The court shall have the power to impose whatever |
| 4 | penalties it deems appropriate for the violation of said order, including, but |
| 5 | not limited to, monetary and judicial sanctions and contempt. |
| 6 | 9. This Protective Order shall survive the final termination of this action, to |
| 7 | the extent that the information disclosed remains confidential and does not |
| 8 | become known to the public.  The court shall retain jurisdiction to resolve |
| 9 | any dispute concerning the use of the information disclosed herein, and to |
| 10 | impose whatever penalties it deems appropriate for the violation of this |
| 11 | Protective Order, including, but not limited to, monetary and judicial |
| 12 | sanctions and contempt. |

DATED: June 24, 2013        By:  /s/  Sheri Pym                                          .
                                                  Hon. Sheri Pym
                                                  United States Magistrate Judge

4844-3853-9795.1

3

PROTECTIVE ORDER REGARDING DISCLOSURE OF INFORMATION FROM LAW ENFORCEMENT PERSONNEL RECORDS