UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REBECCA LEDEZMA, etc., et al., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF RIVERSIDE, etc., et al., <br><br> Defendants. | CASE NO. ED CV 12-1524 VAP (SPx) <br><br> **PROTECTIVE ORDER REGARDING DISCLOSURE REPORTS AND RELATED MATERIALS RE PRIOR CONTACTS** |

Good cause appearing therefor

IT IS ORDERED THAT:

1. Counsel for defendant, City of Riverside, shall disclose to counsel for plaintiffs copies of the Riverside Police Department computer print-outs and reports concerning prior contacts with David Ledezma, decedent, Rebecca Ledezma, plaintiff, or other family members or involving the physical address of the location of the incident in question (Exhibits 2003 – 2317).

2. Counsel for the plaintiffs shall not convey, transfer, publish, distribute, copy, duplicate or disseminate the information so provided except as may be reasonably necessary for the prosecution of this litigation, by communicating with the plaintiffs, or investigators, consultants and experts retained on behalf of the parties in this matter.

3. Prior to the dissemination of any such information pursuant to this Protective Order, counsel for the parties shall inform such person of the terms and

conditions of this order and secure such person's agreement to be bound by it.

4. Plaintiffs, plaintiffs' counsel, and plaintiffs' experts, investigators, and consultants are expressly prohibited from utilizing the disclosed information for any purpose other than the prosecution of LEDEZMA. v. CITY OF RIVERSIDE, et al., USDC Case No. ED CV 12-1524 VAP (SPx) and the information disclosed shall not be utilized in any other proceeding or litigation, or for any other purpose.

5. Plaintiffs, plaintiffs' counsel, and plaintiffs' experts, investigators, and consultants are expressly prohibited from disclosing orally or otherwise the information subject to this Protective Order to any person other than those who are reasonably necessary for the prosecution of LEDEZMA et al., v. CITY OF RIVERSIDE, et al., USDC Case No. ED CV 12-1524 VAP (SPx).

6. Plaintiffs, plaintiffs' counsel, and plaintiffs' experts, investigators, and consultants are expressly prohibited from duplicating, copying or otherwise distributing or disseminating any of the disclosed information to any person or entity.

7. Counsel for each party shall take reasonable precaution to prevent the unauthorized or inadvertent disclosure of any of the protected information.

8. This order shall survive the final termination of this action, to the extent that the information disclosed remains confidential and does not become known to the public, and the court shall retain jurisdiction to resolve any dispute concerning the use of the information disclosed herein.

DATED: June 24, 2013     By: /s/ Sheri Pym                                    .
                              Hon. Sheri Pym
                              United States Magistrate Judge